# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA LOUISE WALCK,<br><br>       Plaintiff<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant | CIVIL ACTION NO. 3:15-CV-00687<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 15th day of August, 2016, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security;

2. Ms. Walck's request for relief shall be **DENIED**; and,

3. The Clerk of Court shall **CLOSE** this case.

               **BY THE COURT:**


               *s/ Karoline Mehalchick*
               **KAROLINE MEHALCHICK**
               **United States Magistrate Judge**